UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>M.A. JONES, INC.,<br><br>            Defendant. | Case No.  5:15-cv-04469-EJD<br><br>**ORDER RE: CASE MANAGEMENT DEADLINES** |

Pursuant to the Standing Order for All Judges of the Northern District of California, a joint case management statement should provide "[p]roposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial."  Because the joint statement filed by the parties on February 25, 2016, does not comply with this portion of the Standing Order, the parties shall file, on or before **March 3, 2016**, a brief joint statement which provides the parties' proposed case management deadlines.

In light of this order, the Case Management Conference scheduled for March 3, 2016, is VACATED and will be reset, if necessary, after the parties file the joint statement ordered herein.

**IT IS SO ORDERED.**

Dated:  February 29, 2016

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-04469-EJD
ORDER RE: CASE MANAGEMENT DEADLINES